EIDMAN v. LEWISOHN et al. (Circuit Court of Appeals, Second Circuit. April 4, 1910.) No. 178. In Error to the Circuit Court of the United States for the Southern District of New York. On writ of error to review a judgment of the Circuit Court entered in favor of the plaintiffs by direction of the court, a jury having been duly waived. Henry A. Wise (W. L. Wemple, of counsel), for plaintiff in error. Hoadly, Lauterbach & Johnson (H. Siegrist, Jr., and F. R. Minrath, of counsel), for defendants in error. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We agree with the judge of the Circuit Court in thinking that the payment under protest was sufficient. All of the other questions have been repeatedly decided in favor of the plaintiffs by this and other federal courts. Eidman v. Tilghman, 136 Fed. 141, 69 C. C. A. 139. The judgment is affirmed.